631 A.2d 596

John M. URBANIC, Appellant,

v.

Darwin ROSENFELD, Claire Rosenfeld, Todd Rosenfeld and Borough of Churchill.

Supreme Court of Pennsylvania.

Argued Sept. 22, 1993.

Decided Oct. 15, 1993.

*ORDER*

PER CURIAM:

Order affirmed.

LARSEN and PAPADAKOS, JJ., dissent.